**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSHUA WHITEHEAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA WHITEHEAD,<br><br>Defendant | Case No.:1:17-CR-00137 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER THEREON** |

Defendant, JOSHUA WHITEHEAD, hereby waives his appearance in person in open court upon the status conference set for Monday, October 30, 2017 at 1:00p.m. in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/26/17                                  */s/Joshua Whitehead*
                                                JOSHUA WHITEHEAD

Date: 10/26/17                                  */s/David A. Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant

1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant JOSHUA WHITEHEAD is hereby excused from appearing at this court hearing scheduled for October 30, 2017.

IT IS SO ORDERED.

Dated: **October 26, 2017**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE