| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREVIN MARIO MORALES, SR., and JOSHUA DOUGLAS WHITEHEAD,<br><br>Defendants. | CASE NO. 1:17-CR-00137-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>CURRENT DATE: March 25, 2019<br>CURRENT TIME: 9:30 a.m.<br><br>PROPOSED DATE: May 6, 2019<br>PROPOSED TIME: 9:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Joshua Douglas WHITEHEAD ("defendant"), by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. Defendant's sentencing hearing is currently scheduled for March 25, 2019, at 9:30 a.m.

2. Mr. Torres is currently engaged in a lengthy homicide trial and will not be able to fully prepare for the sentencing hearing based on his current schedule.

3. The parties therefore respectfully request that the sentencing hearing for defendant be continued to Monday, May 6, 2019, at 9:30 a.m.

//

//

IT IS SO STIPULATED.

Dated: March 15, 2019                                McGREGOR W. SCOTT
                                                                   United States Attorney

                                                                   /s/ ANGELA L. SCOTT
                                                                   ANGELA L. SCOTT
                                                                   Assistant United States Attorney


Dated: March 15, 2019                                /s/ per email authorization
                                                                   DAVID TORRES
                                                                   Counsel for
                                                                   JOSHUA DOUGLAS WHITEHEAD

## FINDINGS AND ORDER

Pursuant to the parties' stipulation and for good cause shown, Defendant JOSHUA DOUGLAS WHITEHEAD's sentencing hearing, currently set for March 25, 2019, is hereby vacated and continued to May 6, 2019, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **March 15, 2019**                     **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES CHIEF DISTRICT JUDGE