HEATHER E. RICHARDSON, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSHUA DOUGLAS WHITEHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00137-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: June 29, 2023 |
| JOSHUA DOUGLAS WHITEHEAD, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for May 18, 2023, at 2:00 p.m. should be continued to June 29, 2023, at 2:00 p.m.

The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter and have made substantial progress towards that objective. Probation is currently waiting on supervisor approval regarding the proposed resolution of the case.

In light of the progress that has been made, a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.

//

//

|   |   |   |
|---|---|---|
| 1 |  | PHILLIP A. TALBERT |
| 2 |  | United States Attorney |
| 3 | DATED: May 16, 2023 | By */s/ Kirk Sherriff* |
| 4 |  | KIRK SHERRIFF<br>Assistant United States Attorney |
| 5 |  | Attorney for Plaintiff |

DATED: May 16, 2023

/s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 16, 2023

By */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JOSHUA DOUGLAS WHITEHEAD

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for May 18, 2023, at 2:00 p.m. is continued to June 29, 2023, at 2:00 p.m.

DATED: May 17, 2023.

Hon. Sheila K. Oberto
United States Magistrate Judge