# UNITED STATES DISTRICT COURT
# Eastern District of California

## PETITION FOR DISMISSAL OF WARRANT FOR
## Person Under Supervision

**Name of Person Under Supervision:** Joshua Douglas Whitehead   **Docket Number:** 0972 1:17CR137-02

**Name of Judicial Officer**:   United States District Judge Jennifer L. Thurston

**Date of Original Sentence:**   7/8/2019

**Original Offense:** 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine  (CLASS A FELONY)

**Original Sentence:** 36 months custody of Bureau of Prisons; 36 month Supervised Release; Mandatory drug testing; DNA collection; $100 special assessment

**Special Conditions:**

Warrantless Search
Financial Disclosure
Outpatient Drug/Alcohol Treatment
Drug/Alcohol Testing
Pager/Cellular Phone Restriction
Refrain from Marijuana Use
Community Service, if unemployed
Aftercare Co-payment
Computer Inspection
Drug Registration


**Type of Supervision:**   TSR

**Date Supervision Commenced:**   8/23/2021

RE: **Joshua Douglas Whitehead**                           Docket Number: 0972 1:17CR137- 02

**Other Court Actions:**

**03/13/2023:**     Petition for Warrant for Person Under Supervision filed with the Court alleging Failure to Notify Probation Officer of Change in Residence. The Court issued a no bail warrant.

**04/20/2023:**     Mr. Whitehead appeared before United States Magistrate Judge Barbara A. McAuliffe for an Initial Appearance and denied the single count allegation. At the Detention Hearing, the Court released him under all terms and conditions as previously ordered and the matter was continued for a Status Conference on May 18, 2023. In addition, the Court encouraged him to contact the probation officer if he is hospitalized again.

## PETITIONING THE COURT

☒  **OTHER:** The probation officer respectfully recommends the Petition for Warrant filed on March 13, 2023, be dismissed and the warrant recalled**.**

**Charge Number**          **Nature of Violation**

**Charge 1:     FAILURE TO NOTIFY OF CHANGE IN RESIDENCE**

Mr. Whitehead failed to notify the probation officer of a change in address, *in violation of standard condition 5; You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation office in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."*

**Justification:** On March 13, 2023, a Probation From 12C, Petition for Warrant, was filed alleging Charge 1: Failure to Notify of Change of Address. Prior to filing the petition, I conducted an unannounced contact and left a business card at his address of record, 1625 Palm Drive, Apt C, Bakersfield, CA.  However, Mr. Whitehead failed to contact me by telephone call or text message. Therefore, it appeared that Mr. Whitehead was no longer residing at his reported address. In response, the Court issued a no bail warrant. Subsequently, I was informed that Mr. Whitehead was hospitalized on multiple occasions due to congestive heart failure.

RE: **Joshua Douglas Whitehead**                                    Docket Number: 0972 1:17CR137- 02

On April 20, 2023, Mr. Whitehead was arrested at his address of record by the United States Marshals Service. Apparently, he was too ill to return my calls or text messages. Mr. Whitehead acknowledged he could have coordinated with a relative to keep me apprised of his hospitalization.

It should also be noted that Mr. Whitehead is wearing an external defibrillator (Life Vest) because he is at risk of sudden cardiac arrest. He was reinstructed on the terms and conditions of his Supervised Release and Mr. Whitehead agreed to have a designated representative to keep me informed regarding any future hospitalizations.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**  **May 16, 2023**
                 **Bakersfield, California**

Respectfully submitted,

*J.C. Hill* (signature)

**J.C. Hill**
**United States Probation Officer**
Telephone: (661) 321-3818

**DATED:**  5/16/2023

Reviewed by,

*Tim Mechem* (signature)

**Tim Mechem**
**Assistant Deputy Chief United States Probation Officer**

RE: **Joshua Douglas Whitehead**  **Docket Number: 0972 1:17CR137- 02**

**THE COURT ORDERS:**

☒  Dismissal of Petition for Warrant filed on March 13, 2023, and the warrant recalled.

☐  Other:

IT IS SO ORDERED.

Dated:   **May 17, 2023**

_____
UNITED STATES DISTRICT JUDGE

CC:

Assistant United States Attorney:  Kirk E. Sheriff

Defense Counsel: Laura Myers

United States Marshal